Jeffrey J. Greenbaum
Brian N. Biglin
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Phone: (973) 643-7000
Facsimile: (973) 643-6500
*Attorneys for Defendants*
*Metro Marketing Inc. and Ariel Freud*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM FREED d/b/a FREED CHIROPRACTIC CENTER, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>METRO MARKETING INC., ARIEL FREUD and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 12-6201 (JAP-TJB)<br><br>Honorable Joel A. Pisano<br><br>Motion Return Date: March 18, 2013<br><br>**NOTICE OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR <u>SUMMARY JUDGMENT</u>**<br><br>(Oral Argument Requested)<br><br>*Document Electronically Filed* |

TO:

Michael J. Canning
GIORDANO, HALLERAN & CIESLA
125 Half Mile Road, Suite 300
Red Bank, New Jersey, 07701-6777
Phone: (732) 741-3900
Fax: (732) 224-6599

Brian Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, Illinois 60008
Phone: (847) 368-1500
Fax: (847) 368-1501

*Attorneys for Plaintiff*

PLEASE TAKE NOTICE that on March 18, 2013 at 10:00 a.m., or as soon thereafter as counsel may be heard, defendants Metro Marketing Inc. and Ariel Freud ("Defendants") will move before the Honorable Joel A. Pisano at the United States District Court, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order dismissing the Complaint for failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(6), or, in the alternative, granting summary judgment dismissing the Complaint pursuant to Fed. R. Civ. P. 56

PLEASE TAKE FURTHER NOTICE that Defendants will rely upon the accompanying Brief, Statement of Material Facts Not in Dispute (for purposes of summary judgment), and the Certifications of Ariel Freud and Larry Finkelstein submitted with this Motion, and upon all pleadings and proceedings on file herein.

PLEASE TAKE FURTHER NOTICE that a Certificate of Service and a Proposed Order granting this Motion are enclosed.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

                                              By: s/   Jeffrey J. Greenbaum
                                              Jeffrey J. Greenbaum
                                              Brian N. Biglin
                                              Sills Cummis & Gross P.C.
                                              The Legal Center
                                              One Riverfront Plaza
                                              Newark, New Jersey 07102
                                              (973) 643-7000
                                              *Attorneys for Defendants*
                                              *Metro Marketing Inc. and Ariel*
                                              *Freud.*

Dated: February 14, 2013

# CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2013, I electronically filed the foregoing NOTICE OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, together with the brief and certifications of Ariel Freud and Larry Finkelstein in support thereof, the Statement of Material Facts Not in Dispute (for summary judgment purposes), and a proposed form of order, with the clerk of the Court using the Court's CM/ECF system, and accordingly served the parties who receive notice of the filing via the Court's CM/ECF system.

s/ Jeffrey J. Greenbaum
Jeffrey J. Greenbaum
Sills Cummis & Gross P.C.
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000