IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WILLIAM FREED d/b/a FREED CHIROPRACTIC CENTER, individually and as the representative of a class of similarly-situated persons,<br><br>      Plaintiff,<br><br>v.<br><br>METRO MARKETING INC., ARIEL FREUD and JOHN DOES 1-10,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:12-CV-6201-JAP-TJB |

**AFFIDAVIT IN SUPPORT OF *PRO HAC VICE* REQUEST**

I, Ryan M. Kelly, duly sworn according to law, states as follows:

1. I am over eighteen years of age and have personal knowledge of the facts stated herein. I reside in the State of Illinois. I am an attorney with Anderson + Wanca, a law firm in Rolling Meadows, Illinois.

2. I am a member in good standing and authorized to practice law in the following Courts:

| Court | Date Admitted | Registration Number | Address of Agency Maintaining Attorney Enrollment |
|---|---|---|---|
| Illinois State courts | 5/6/99 | 6257931 | Attorney Registration & Disciplinary Commission<br>3161 West White Oaks Dr., Suite 301<br>Springfield, IL 62704 |
| Florida State courts | 6/20/11 | 90110 | Florida Bar<br>Membership Records<br>651 E. Jefferson<br>Tallahassee, FL 32399-2300 |
| U.S. District Court Northern District, IL | 6/24/99 | | Attorney Registration & Disciplinary Commission<br>3161 West White Oaks Dr., Suite 301<br>Springfield, IL 62704 |

| *Court* | *Date Admitted* | *Registration Number* | *Address of Agency Maintaining Attorney Enrollment* |
|---|---|---|---|
| U.S. District Court Western District, MI<br><br>U.S. District Court Eastern District, MI | 9/30/11<br><br>9/13/12 |  | Michigan Supreme Court Clerk's Office Hall of Justice, 4th Floor 925 W. Ottawa Street Lansing, MI  48915 |
| U.S. District Court Eastern District, WI<br><br>U.S. District Court Western District, WI | 9/30/10<br><br>9/22/11 |  | Wisconsin Supreme Court Clerk of the Court 110 E. Main Street, Suite 215 Madison, WI  53703 |
| U.S. District Court Southern District, FL<br><br>U.S. District Court Middle District, FL | 8/17/11<br><br>11/8/11 |  | Florida Bar Membership Records 651 E. Jefferson Tallahassee, FL  32399-2300 |
| U.S. District Court Northern District, OH | 6/25/12 |  | Office of Attorney Services Supreme Court of Ohio 65 South Front Street, 5th Floor Columbus, OH   43215-3431 |

   3. I am not currently, nor have I ever been, subject to any discipline or disciplinary proceedings, formal or informal, by any bar or any court of which I have been admitted, and am not under any investigation by any bar or court.

   4. This matter involves a complaint seeking damages as a result of alleged violations of the Telephone Consumer Protection Act.  I have been involved extensively in the preparation and prosecution of the claims asserted in this case.

   5. Plaintiff, William Freed d/b/a Freed Chiropractic Center, has requested that I represent his interest.

   6. If admitted *pro hac vice,* I will abide by Local Civil Rule 101.1(c), submit myself to all disciplinary rules and procedures, and to all rules of professional conduct applicable to licensed members of the Bar of the State of New Jersey and to all of the rules of this Court.

7. If admitted *pro hac vice*, I will make the required payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), as well as the clerk's fee in the amount of $150.00.

8. Attorney Michael J. Canning, an active member of the United States District Court for the District of New Jersey, or one of the attorneys in his office, will serve and file all pleadings and other papers in this proceeding and act as agent upon whom all notices, pleadings and other papers shall be served.

9. I hereby declare that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am fully aware that I am subject to punishment under penalty of perjury if any of the foregoing statements made by me are willfully false.

_____
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  847/368-1500
Facsimile:  847/368-1501

SUBSCRIBED and SWORN to before me this 2nd day of May, 2013

_____
Notary Public

OFFICIAL SEAL
TINA L NATALI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/07/15