# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 643-7000
Fax: (212) 643-6500

Jeffrey J. Greenbaum
Member
Admitted In NJ, NY
Direct Dial: 973-643-5430
Email: jgreenbaum@sillscummis.com

650 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

March 10, 2014

**Via ECF and E-mail**

The Hon. Tonianne J. Bongiovanni, USMJ
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street, Room 6052
Trenton, NJ 08608

    Re:    ***Freed v. Metro Marketing Inc., et al., 3:12-cv-06201***

Dear Judge Bongiovanni:

    Following up on our recent status conference by telephone, the parties believe another status conference by telephone would be useful in in approximately 120 days, say around early July. Please let us know what dates would work for your schedule.

    Respectfully yours,

    */s/ Jeffrey J. Greenbaum*

    JEFFREY J. GREENBAUM

JJG:fy
cc:    All Counsel of Record (via ECF)
        George Lang, Esq. (by email)