# Sills Cummis & Gross
## A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey  07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

101 Park Avenue, 28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

600 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

Jeffrey J. Greenbaum
Member
Admitted In NJ, NY
Direct Dial: 973-643-5430
Email: jgreenbaum@sillscummis.com

February 2, 2015

**Via ECF**

The Hon. Tonianne J. Bongiovanni, USMJ
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street, Room 6052
Trenton, New Jersey 08608

Re:    ***Freed v. Metro Marketing Inc., et al.***
       **Civil Action No. 3:12-cv-06201-JAP-TJB**

Dear Judge Bongiovanni:

This letter is being submitted on behalf of all counsel. In accordance with the Court's direction, please be advised that the parties were able to successfully conclude this matter in a settlement. An agreement in principle has been reached, and papers agreed upon and are awaiting execution. A Stipulation of Dismissal will be submitted shortly.

On behalf of all counsel, I want to extend my thanks to the Court for assisting the parties in keeping this matter on a settlement track and in your flexibility in that regard.

Respectfully yours,

*/s/ Jeffrey J. Greenbaum*

JEFFREY J. GREENBAUM

JJG:fy
cc:  All Counsel of Record (via ECF)
      Michael J. Canning, Esq. (by e-mail)
      Ross M. Good, Esq. (by e-mail)